Mattie S. Bass and her husband, Appellants, v. William Gunn et al., Appellees.

*Burdine, Terry & Fleming,* for Appellant;

*Evans & Mershon,* for Appellee.

Glenn Williams, Plaintiff in Error, v. The State of Florida, Defendant in Error.

*J. McHenry Jones,* for Plaintiffs in Error.

Thomas Inman Cole, Plaintiff in Error, v. The State of Florida, Defendant in Error.

*Fred H. Davis,* Attorney General, for the motion.